601539-01 RR

**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

IN RE:
LISA MARIE GOLDEN
STEVEN LESTER GOLDEN

Debtors

CHAPTER 7
BANKRUPTCY NO. 26-00356

## APPEARANCE

Comes now Riley Rodgers of Keith Weiner & Associates, Co., L.P.A. and enters an appearance on behalf of the Creditor herein, AmeriCredit Financial Services, Inc. dba GM Financial, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

Keith Weiner & Associates, Co., L.P.A

By: /s/ Riley Rodgers
Thomas L. Canary Jr. (#8677)
Riley Rodgers (#13918)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com

**CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Aaron C. Amore on behalf of the Chapter 7 Trustee's office at aaron@amorelaw.com

3. Thomas Zeni on behalf of Lisa Marie Golden and Steven Lester Golden, Debtor, at tom@zenilaw.com

And by regular U.S. mail, postage prepaid, to:

Lisa Marie Golden
722 Goff Dr
Albright, WV 26519

Steven Lester Golden
722 Goff Dr
Albright , WV 26519

Keith Weiner & Associates, Co., L.P.A

By: /s/ Riley Rodgers
Thomas L. Canary Jr. (#8677)
Riley Rodgers (#13918)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com