David L. Bissett
United States Bankruptcy Judge

601539-01 RR

UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

IN RE: CHAPTER 7

LISA MARIE GOLDEN BANKRUPTCY NO. 26-00356
STEVEN LESTER GOLDEN
Debtors

**ORDER TERMINATING STAY**

Motion to Terminate Automatic Stay having been filed, and the Movant alleging a valid security interest in the collateral described in its Motion, the 2023 GMC Sierra 1500 VIN: 3GTUUBEDXPG239171, and that cause exists to terminate the §362 automatic stay, after due notice and hearing, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the stay afforded by 11 U.S.C. §362 be, and hereby is, immediately terminated notwithstanding BR4001 (a) (4) to permit to enforce its security interest in the collateral described above. The automatic stay is further terminated to allow the Creditor to send to the Debtor(s) protected by the stay, any and all notices required by state and/or federal law, regulation or statute. Any surplus proceeds derived from the sale of the referenced property shall be paid to the Trustee.

This Order prepared by:

**Keith D. Weiner & Associates Co., L.P.A.**

/s/ Riley Rodgers
Thomas L. Canary Jr. (#8677)
Riley Rodgers (#13918)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
(216) 771-6500
(216) 771-6540 - fax
bankruptcy@weinerlaw.com