UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

In re: Bankr. Case No. 26-00356-DLB-7

Lisa Marie Golden and Steven Lester Golden Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

In re: Bankr. Case No. 26-00356-DLB-7

Lisa Marie Golden and Steven Lester Golden Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on June 9, 2026 :

Thomas Zeni
11 Commerce Dr Ste 103
Westover, WV 26501

Aaron C. Amore
Amore Law, PLLC
206 West Liberty Street
Post Office Box 386
Charles Town, WV 25414

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx56767 / 1134215